IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-05002-01-CR-SW-RED |
| | ) |
| DUSTIN LARSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now before the Court is a Report and Recommendation (#36) dated August 29, 2006, in which Magistrate Judge England recommends denial of Defendant's Motion to Dismiss for Violation of *Petite* Policy (#24). Defendant has not objected to the Report and Recommendation, and the deadline for objecting has expired. Accordingly, the Court **ADOPTS** the August 29, 2006, Report and Recommendation (#36), and Defendant's Motion to Dismiss for Violation of *Petite* Policy (#24) is **DENIED**.

**IT IS SO ORDERED.**

DATE: November 6, 2006      */s/ Richard E. Dorr*
                            RICHARD E. DORR, JUDGE
                            UNITED STATES DISTRICT COURT